| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known) _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13    ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    CCH John Eagan II Homes, L.P.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    65-0818733

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8895 North Military Trail** <br> **Suite 10B** <br> **Palm Beach Gardens, FL 33410-6276** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach** <br> County | Location of principal assets, if different from principal place of business <br> **60 Paschal Street Atlanta, GA 30314** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**    _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership
☐ Other. Specify: _____

| | | |
|---|---|---|
| 7. | Describe debtor's business | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

| | | |
|---|---|---|
| 11. | Why is the case filed in *this district?* | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>　　　Contact name _____<br>　　　Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. | Debtor's estimation of available funds | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☑ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☑ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  1, 2015**
　　　　　　　　MM / DD / YYYY

**X /s/ Yashpal Kakkar**                                                        **Yashpal Kakkar**
Signature of authorized representative of debtor                    Printed name

Title    **Managing Member, CCH John Eagan II Partners, LLC, GP**

---

**18. Signature of attorney**

**X /s/ Eric A. Rosen**                                        Date    **December  1, 2015**
Signature of attorney for debtor                                       MM / DD / YYYY

**Eric A. Rosen**
Printed name

**Fowler White Burnett, P.A.**
Firm name

**515 N. Flagler Drive**
**Suite 2100**
**West Palm Beach, FL 33401**
Number, Street, City, State & ZIP Code

Contact phone    **561-802-9044**        Email address    **erosen@fowler-white.com**

**36426**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | CCH John Eagan II Homes, L.P. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ameristar Screen & Glass<br>3151 Aero Road<br>Atlanta, GA 30344 | | Services rendered | | | | $46,806.92 |
| BG Staffing<br>3330 Cumberland Blvd.<br>Suite 500<br>Atlanta, GA 30339 | | Services rendered | | | | $1,682.38 |
| Carpet Care Multi Services, LLC<br>90 W Church St<br>Villa Rica, GA 30180 | | Services rendered | | | | $2,619.00 |
| Chadwell Supply, Inc.<br>4907 Joanne Kearney Blvd<br>Tampa, FL 33619 | | Services rendered | | | | $11,407.60 |
| CIL Plumbing, Inc.<br>761 Ephesus Church Rd<br>Whitesburg, GA 30185 | | Services rendered | | | | $3,698.25 |
| City of Atlanta<br>Dept of Watershed Management<br>PO Box 105275<br>Atlanta, GA 30348 | | Utilities | | | | $52,037.55 |
| CSS Services, Inc.<br>1605 Chantilly Dr NE #110<br>Atlanta, GA 30324 | | Services rendered | | | | $4,333.00 |
| Disaster One, Inc.<br>3010 Business Park Dr<br>Suite E<br>Norcross, GA 30071 | | Services rendered | | | | $1,820.04 |

Debtor **CCH John Eagan II Homes, L.P.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Elite Flooring**<br>3480 Green Pointe Parkway<br>Norcross, GA 30092 | | Services rendered | | | | $15,639.36 |
| **Georgia Power**<br>96 Annex<br>Atlanta, GA 30396 | | Utilities | | | | $2,969.18 |
| **Landscape Management Services, Inc.**<br>PO Box 2021<br>Tucker, GA 30085 | | Services rendered | | | | $3,475.00 |
| **Mark Escoffery, P.A.**<br>8645 N. Military Trail Suite 503<br>Palm Beach Gardens, FL 33410 | | Services rendered | | | | $11,000.00 |
| **Medina Capital, Inc.**<br>2821 Prestcliff Dr SE<br>Smyrna, GA 30080 | | Services rendered | | | | $4,815.00 |
| **MP Georgia Investments, LLC**<br>c/o Taylor & Raysor PA<br>30 E Pine St<br>PO Box 151<br>Georgetown, DE 19947 | | Business Loan | | | | $1,490,000.00 |
| **Multi Family Pest Control, LLC**<br>PO Box 453<br>Beaufort, SC 29901 | | Services rendered | | | | $3,505.00 |
| **Oxbuilt Construction, LLC**<br>379 Atlanta St SE<br>Marietta, GA 30060 | | Services rendered | | | | $30,810.00 |
| **PC Painting Service, LLC**<br>4030 Breckenridge Ct<br>Alpharetta, GA 30005 | | Services rendered | | | | $19,705.00 |
| **Republic Services #800**<br>PO Box 9001099<br>Louisville, KY 40290 | | Services rendered | | | | $4,234.58 |
| **Temporary Apartment Management**<br>2935 Horizon Park Dr #A<br>Suwanee, GA 30024 | | Services rendered | | | | $2,050.51 |

| Debtor | **CCH John Eagan II Homes, L.P.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Atlanta Housing Authority**<br>**230 John Wesley Dobbs Ave NE**<br>**Atlanta, GA 30303** | | **Magnolia Park Apartments Commercial Real Property and Improvements thereon located at:**<br>**60 Paschal Street Atlanta, GA 30314** | | **$4,536,000.00** | **$7,200,000.00** | **$2,083,775.03** |

# United States Bankruptcy Court
## Southern District of Florida

In re   **CCH John Eagan II Homes, L.P.**       Case No.
                           Debtor(s)       Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member, CCH John Eagan II Partners, LLC, GP of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 1, 2015**        **/s/ Yashpal Kakkar**
                                          **Yashpal Kakkar**/**Managing Member, CCH John Eagan II Partners, LLC, GP**
                                          Signer/Title

ADT Security Services, Inc.
PO Box 371956
Pittsburgh, PA 15250


Ameristar Screen & Glass
3151 Aero Road
Atlanta, GA 30344


Apartment Guardian
14122 W McDowell Rd
Suite 100
Buckeye, AZ 85396


Apartments, LLC
2563 Collection Center Dr
Chicago, IL 60693


APT Technologies
2700 Hickory Grove Rd
Building 3
Acworth, GA 30101


ARCS Commercial Bank Mortgage Co., LP
160 Hansen Court
#105
Wood Dale, IL 60191


Atlanta Apartment Association
Northridge Business Park
8601 Dunwoody Place, #318
Atlanta, GA 30350


Atlanta Metro Seal
4523 Fairecroft Terrace
Suwanee, GA 30024


Best Discount Cleaning Service
3630 Chestnut Meadows Dr
Douglasville, GA 30135


BG Staffing
3330 Cumberland Blvd.
Suite 500
Atlanta, GA 30339

Carpet Care Multi Services, LLC
90 W Church St
Villa Rica, GA 30180


Chadwell Supply, Inc.
4907 Joanne Kearney Blvd
Tampa, FL 33619


CIL Plumbing, Inc.
761 Ephesus Church Rd
Whitesburg, GA 30185


City of Atlanta
Dept of Watershed Management
PO Box 105275
Atlanta, GA 30348


Comcast
PO Box 530099
Atlanta, GA 30353


CSS Services, Inc.
1605 Chantilly Dr NE
#110
Atlanta, GA 30324


Disaster One, Inc.
3010 Business Park Dr
Suite E
Norcross, GA 30071


Elite Flooring
3480 Green Pointe Parkway
Norcross, GA 30092


Florida Pool Service
PO Box 767531
Roswell, GA 30076


For Rent Magazine
294 Interstate N Cir SE
#100
Atlanta, GA 30339

```
Forbus Blinds & Screens
PO Box 7425
Oxford, AL 36203


GE Appliances
PO Box 100393
Atlanta, GA 30384


Georgia Power
96 Annex
Atlanta, GA 30396


Internal Revenue Service (IRS)
Centralized Insolvency Operation (CIO)
P.O. Box 7346
Philadelphia, PA 19101-7346


Kings III of America, Inc.
751 Canyon Dr
Suite 100
Coppell, TX 75019


Landscape Management Services, Inc.
PO Box 2021
Tucker, GA 30085


LeaseLabs
2251 San Diego Ave
Suite A-150
San Diego, CA 92110


Mark Escoffery, P.A.
8645 N. Military Trail
Suite 503
Palm Beach Gardens, FL 33410


Marlin Business Park
PO Box 13604
Philadelphia, PA 19101


Medina Capital, Inc.
2821 Prestcliff Dr SE
Smyrna, GA 30080
```

Milner, Inc.
5125 Peachtree Industrial Blvd
Norcross, GA 30092


MP Georgia Investments, LLC
c/o Taylor & Raysor PA
30 E Pine St
PO Box 151
Georgetown, DE 19947


Mr. Dee's Electric Service, LLC
6450 Evans Dr
Rex, GA 30273


Multi Family Pest Control, LLC
PO Box 453
Beaufort, SC 29901


Oxbuilt Construction, LLC
379 Atlanta St SE
Marietta, GA 30060


PC Painting Service, LLC
4030 Breckenridge Ct
Alpharetta, GA 30005


Prestige Telecom, LLC
3225 McLeod Drive
#100
Las Vegas, NV 89121


Republic Services #800
PO Box 9001099
Louisville, KY 40290


Resident Check, Inc.
4230 Lyndon B Johnson Fwy
Dallas, TX 75244


Russell D. Mays, Esq.
1605 Chantilly Dr
Suite 110
Atlanta, GA 30324

Staples Advantage
5480 Fulton Industrial Blvd SW
Atlanta, GA 30336


Temporary Apartment Management
2935 Horizon Park Dr #A
Suwanee, GA 30024


The Atlanta Housing Authority
230 John Wesley Dobbs Ave NE
Atlanta, GA 30303


The Perfect Answer
PO Box 2027
Woodstock, GA 30188


The Training Factor, LLC
3633 Wheeler Rd
Suite 320
Augusta, GA 30909


Tytam Cabinetry & Resurfacing Services
3933 Hwy 155 N
Stockbridge, GA 30281